THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

C.A. Nos. 04-2350 and 05-1670

USA v. Telesford

(D.Del. Crim. No. 89-cr-000049-6)



ORDER

Upon further review of the District Court record, it appears that the document filed in the District Court on July 9, 2004 at Docket Entry #593 was in fact a new notice of appeal rather than a duplicate of the notice of appeal in C.A. No. 04-2350 as originally determined. As a result the Clerk's letter of July 16, 2004 stating that the document appearing at Docket Entry #593 was duplicative of the prior notice of appeal was issued in error. The document as Docket Entry #593 will be treated as a new notice of appeal and will be docketed in the Court of Appeals at CA No. 05-1670. The District Court record will be retained by the Court of Appeals pending determination of the new appeal.

A True Copy:

/s/ Marcia M. Waldron
Marcia M. Waldron,
Clerk

For the Court,

/s/ Marcia M. Waldron
Clerk

Date: March 4, 2005
PAR/cc: Mr. A.T.
        R.G.A., Esq.