OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

MARCIA M. WALDRON
CLERK

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

_Del_ Clerk of District Court         Date _5-27-05_
(District)

_USA v Telesford_                     C. of A. No. _05-1670 / 04-2350_
(Caption)

_Alphis Telesford_
(Appellant)

_89-cr-49-6_
(D.C. No.)

Enclosures:

_____ _____ Certified copy of C. of A. Order by the Court/Clerk
  (Date)

* __✓__  Record  _1-Box_
* _____  Partial Record
* __✓__  Supplemental Record (First) (Second) (Third)
* _____  Exhibits
* _____  State Court Record

_____ Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not returned at this time until appeal(s) closed at No.(s)_____

_____ Please forward Record to this office.

_____ The certified copy of order issued as the mandate on _____ is recalled.

_Phyllis Ruffin_ (267)-299-_4918_
Deputy Clerk        Telephone Number

* _signature_ (267)-299-_4912_
Record Processor    Telephone Number

_6/1/05_

Receipt Acknowledge:
_Betty Stucker_
(Name)
_6/2/05_
(Date)

FILED 2005 JUN -2 PM 2:40 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

Rev. 9/25/02                                              Appeals
(Record)