January 6, 2006

Clerk of Court
United States District Court
For Wilmington Delaware
J. Caleb Boggs Building
844 King Street
Wilmington Delaware 19801

Re: Alexis Telesford v. United States CR/89-49-JRR

To the Clerk of Court,
    I am writing and requesting that the Court please forward a copy of my petition to the Deputy United States Attorney of the Eastern District of PA. because I have misplaced their address. It's been a long time since being sentence, and I cannot even remember the address.

    I have mailed one additional copy just for the Deputy United States Attorney that was in charge of my case. I am thanking you in advance for your consideration in this matter.

Respectfully Yours,

Alexis Telesford #27715-053
Federal Correctional Inst.
1900 Simler Avenue
Big Spring Texas 79720
Sunset Unit range-5

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

